1  MCGUINN, HILLSMAN & PALEFSKY
   Cliff Palefsky (State Bar No. 77683)
2  Keith Ehrman (State Bar No. 106985)
3  535 Pacific Ave.
   San Francisco, CA 94133
4  Telephone: (415) 421-9292
   Facsimile: (415) 403-0202
5
6  Attorneys for Plaintiff
   PASCAL BOUVRON
7
8  Mitchell F. Boomer (State Bar No. 121441)
   S. Christine Young (State Bar No. 253964)
   JACKSON LEWIS LLP
9  199 Fremont Street, 10th Floor
   San Francisco, California  94105
10 Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
11
12 René E. Thorne (admitted *pro hac vice*)
   Jason M. Stein (admitted *pro hac vice*)
13 JACKSON LEWIS LLP
   650 Poydras St., Suite 1900
14 New Orleans, Louisiana 70130
   Telephone:  (504) 208-1755
15 Facsimile:  (504) 208-1759
16
17 Attorneys for Defendants,
   ALCATEL VACUUM PRODUCTS SEVERANCE
   PLAN AND ALCATEL VACUUM PRODUCTS, INC.
18

19                  IN THE UNITED STATES DISTRICT COURT

20                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

21 PASCAL BOUVRON,                       )
                                         ) CASE NO. C 10-00559-VRW
22              Plaintiff,               )
                                         ) **STIPULATION AND ORDER FOR**
23 v.                                    ) **DISMISSAL WITH PREJUDICE**
                                         )
24 ALCATEL VACUUM PRODUCTS               )
25 SEVERANCE PLAN AND ALCATEL            )
   VACCUM PRODUCTS, INC.,                )
26                                       )
                Defendants.              )
28                                       )

---
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
1

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 28, 2010

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____/s/  Keith Ehrman_____
                Keith Ehrman

Dated: September 28, 2010

JACKSON LEWIS LLP
Attorneys for Defendants

By: _____/s/ Rene Thorne_____
                Rene Thorne

IT IS SO ORDERED.

Dated: 9/30/2010

IT IS SO ORDERED
Judge Vaughn R Walker

_____
Hon. Vaughn R. Walker

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

2